# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:16-CV-02170-JDW-AEP

Plaintiff:
**LHF Productions, Inc.**

vs.

Defendant:
**Carole O'Connor, etc.**

SKP2016002520

For:
IP Enforcement Law Group, PA
1227 N. Franklin Street
Tampa, FL 33602

Received by Serve Legal Process, Inc on the 3rd day of November, 2016 at 2:32 pm to be served on **Carole O'Connor, 8126 112th Street, Apt. 109, Seminole, FL 33772**.

I, Carol Storgion, do hereby affirm that on the **8th day of November, 2016** at **7:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons And Amended Complaint And Demand For Jury Trial, Exhibit** with the date and hour of service endorsed thereon by me, to: **Carole O'Connor** at the address of: **8126 112th Street, Apt. 109, Seminole, FL 33772**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PRUSUANT TO F.S. 92.525(2).

Carol Storgion
APS 18552

Serve Legal Process, Inc
600 S. Magnolia Ave.
Suite 375
Tampa, FL 33606
(813) 254-8762

Our Job Serial Number: SKP-2016002520